UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: Riley v. WMATA
Civil No. PJM 14-3351

DATE: June 19, 2015

\* \* \*

The Court notes that there are no motions pending in this case. The deadline to file Motions for Summary Judgment occurred on May 11, 2015. *See* Paper No. 8 (Scheduling Order).

Accordingly, the Court directs the parties to file a joint report within 20 days regarding the status of this case.

Despite the informal nature of this Ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

_____/s/_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc: Court File

1